UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Floresita Concepcion,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc.; and DOES 1 through 100 inclusive,<br><br>　　　　　　Defendants. | Case No. 5:16-cv-04662-BLF<br><br>**JOINT STIPULATION RE: SCHEDULING ORDER AND [PROPOSED] ORDER**<br><br>Honorable Beth L. Freeman |

## STIPULATION

This Stipulation and [Proposed] Order is entered into by and between counsel for Plaintiff Floresita Concepcion ("Plaintiff") and Defendants (collectively, the "Parties") as follows:

WHEREAS, the parties are the only remaining parties to this action;

WHEREAS, on February 2, 2017, the Court entered a Case Management Order setting deadlines in this action including a deadline of March 3, 2017 for the Parties to prepare a stipulation setting case scheduling dates [Dkt. 42];

WHEREAS, the Parties wish to adopt the following proposed schedule:

| EVENT | DEADLINE |
| --- | --- |
| Designation of Opening Experts with Reports | January 17, 2018 |
| Designation of Rebuttal Experts with Reports | January 31, 2018 |
| Discovery Cutoff | March 30, 2018 |
| Deadline to File Dispositive Motions | April 29, 2018 |
| Last Day to Hear Dispositive Motions | May 8, 2019 (not reserved) |
| Joint Trial Setting Conference Statement | July 11, 2019 |
| Pre-Trial Conference | July 18, 2019 at 1:30 p.m. |

NOW THEREFORE, the Parties through their respective counsel of record, hereby stipulate, subject to Court approval, to the schedule as set forth above.

//

IT IS SO STIPULATED:

Dated: March 2, 2017　　　　　　　　　　　　　JONES DAY

　　　　　　　　　　　　　　　　　　　By:　*/s/ Greg S. Martin*
　　　　　　　　　　　　　　　　　　　　　　Allison Jaime Cheung
　　　　　　　　　　　　　　　　　　　　　　Davis L. Wallach
　　　　　　　　　　　　　　　　　　　　　　Greg S. Martin
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Experian
　　　　　　　　　　　　　　　　　　　　　　Information Solutions, Inc.

Dated: March 2, 2017　　　　　　　　　　　　　SEVERSON AND WERSON

　　　　　　　　　　　　　　　　　　　By:　*/s/ Laszlo Ladi, Jr.*
　　　　　　　　　　　　　　　　　　　　　　Laszlo Ladi, Jr.
　　　　　　　　　　　　　　　　　　　　　　Alisa Alexandra Givental
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Wells Fargo Bank, N.A.

Dated: March 2, 2017　　　　　　　　　　　　　SAGARIA LAW, P.C.

　　　　　　　　　　　　　　　　　　　By:　*/s/ Elliot Gale*
　　　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Floresita Concepcion

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the schedule in this case be adopted as follows:

| EVENT | DEADLINE |
|---|---|
| Designation of Opening Experts with Reports | January 17, 2018 |
| Designation of Rebuttal Experts with Reports | January 31, 2018 |
| Discovery Cutoff | March 30, 2018 |
| Deadline to File Dispositive Motions | April 29, 2018 |
| Last Day to Hear Dispositive Motions | May 8, 2019 (not reserved) |
| Joint Trial Setting Conference Statement | July 11, 2019 |
| Trial Setting Conference | July 18, 2019 at 1:30 p.m. |

DATED:

By: _____
The Honorable Beth L. Freeman
United States District Judge