SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**,
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| FLORESITA CONCEPCION, <br><br> Plaintiff, <br><br> v. <br><br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br><br><br> Defendants. | Case No.: 5:16-cv-04662-BLF <br><br> STIPULATION TO DISMISS DEFENDANT WELLS FARGO HOME MORTGAGE, INC., AND WELLS FARGO BANK, N.A.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Floresita Concepcion and defendants Wells Fargo Home Mortgage, Inc., and Wells Fargo Bank, N.A. ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: March 13, 2017                Sagaria Law, P.C.

                                     By:     /s/ Elliot W. Gale
                                             Elliot W. Gale
                                     Attorneys for Plaintiff
                                     Floresita Concepcion

DATED: March 13, 2017                Severson & Werson

                                     By:     /s/ Laszlo Ladi
                                             Laszlo Ladi
                                     Attorneys for Defendant
                                     Wells Fargo Home Mortgage, Inc., and Wells Fargo Bank, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Laszlo Ladi has concurred in this filing.

*/s/ Elliot Gale*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Wells Fargo is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 14, 2017

                                     BETH L. FREEMAN
                                     UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT WELLS FARGO; PROPOSED ORDER - 2