Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Floresita Concepcion

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORESITA CONCEPCION,<br><br>              Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., ET AL.,<br><br>              Defendants. | Case No.: 5:16-cv-04662-BLF<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Floresita Concepcion and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

1
2
3
4

DATED: June 15, 2017                    **Sagaria Law, P.C.**

                            By:    */s/ Elliot Gale*_____
                                   Elliot Gale
                                   Attorney for Plaintiff Floresita Concepcion

5
6
7
8
9

DATED: June 15, 2017                    **Jones Day**

                            By:    */s/ Celia M. Jackson*_____
                                   Celia M. Jackson
                                   Attorney for Defendant Experian
                                   Information Solutions, Inc.

10
11
12

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

13
14

*/s/ Elliot Gale*

15
16

**[PROPOSED]** ORDER

17
18

        Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

19
20

        IT IS SO ORDERED.

21
22
23

DATED:    _____    _Beth Labson Freeman_

24
                                   Hon. Beth Labson Freeman
25                                 UNITED STATES DISTRICT JUDGE
26
27
28